IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 JAN 26 PM 4: 47

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

IN RE: : CASE NO. 3:18-mj-048

SEALED DOCUMENT : ORDER SEALING SUPPORTING
AFFIDAVIT TO CRIMINAL
: COMPLAINT

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Supporting Affidavit to Criminal Complaint be sealed and kept from public inspection until further Order of this Court.

_____
SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE